1

2

3

4

5

6

7                                   UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   THOMAS LEE GLEASON, JR.,                    No.  2:20-cv-00369-TLN-CKD P

11          Plaintiff,

12          v.                                   ORDER

13   CALIFORNIA DEPARTMENT OF
     CORRECTION AND
14   REHABILITATION, et al.,

15          Defendants.

16

17          Plaintiff is a California prisoner proceeding pro se and in forma pauperis in this civil

18   rights action filed pursuant to 42 U.S.C. § 1983.  On June 22, 2020, the court gave plaintiff the

19   option of proceeding on his complaint as screened or of amending his complaint in order to fix

20   the deficiencies identified in the court's screening order.  ECF No. 20.  In response to said order,

21   plaintiff filed a Notice of Election requesting time to file an amended complaint.

22          Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date

23   of this order in which to file a first amended complaint.  Failure to file an amended complaint

24   within the time provided will result in dismissal of this action.

25   Dated:  July 10, 2020

26
                                                 _____
27   12/glea0369.36(1).docx                      CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE
28

                                                  1