UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | No. 2:20-cv-0369 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file and serve an opposition to defendants' May 3, 2022, motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 45) is granted; and

2. Plaintiff shall file and serve his opposition to the motion for summary judgment or statement of non-opposition within 30 days from the date of this order.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  May 19, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/glea0369.36.docx